1

2

3

4

5

6

7

| UNITED STATES DISTRICT COURT |
| EASTERN DISTRICT OF WASHINGTON |
| AT YAKIMA |

8

MOISES GONZALEZ, as PR of the Estate
of Blanca Gonzalez,

                              Plaintiff,

v.

UNITED STATES OF AMERICA,

                              Defendant.

CAUSE NO.   1:18-CV-3027-

**COMPLAINT**

9

10

11

12

13

14

15

16      COMES now Moises Gonzalez, as Personal Representative of the Estate of Blanca

17   Gonzalez, by and through the undersigned attorneys, and brings this Complaint for

18   Personal Injuries and Wrongful Death caused by Defendant as alleged fully herein.

19      This is an action arising under the Federal Tort Claims Act, 28 U.S.C. §2671, et

20   seq.

21

                              **JURISDICTION**

22

23      1.      Jurisdiction is vested in this Court pursuant to 28 U.S.C. §1346(b) and 28

24   U.S.C. §1331.

25

26

**COMPLAINT** - 1

LUVERA LAW FIRM
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

**VENUE**

2.     Venue is proper before this Court pursuant to 28 U.S.C. § 1402(b), as all or a substantial part of the acts and/or omissions that are the basis of this lawsuit occurred at Yakima Valley Farm Workers Clinic, in Toppenish, Washington, which is within the Eastern District of Washington, and as personal representative, Moises Gonzalez, resides within the Eastern District of Washington.

**PARTIES**

3.     Plaintiff is Moises Gonzalez, as Personal Representative of the Estate of Blanca Gonzalez, his mother.  At all times material, Moises Gonzalez resided in Wapato, Washington located in Yakima County.

4.     Beneficiaries of the Estate include Xavier Gonzalez, Blanca's husband of 37 years and their adult children, Moises Gonzalez, Arnulfo Gonzalez, and Rosa Gonzalez. Xavier Gonzalez, Moises Gonzalez, Arnulfo Gonzalez and Rosa Gonzalez are beneficiaries, and/or persons on whose behalf actions may be brought under RCW 4.20.020, 4.20.046, and 4.20.060.

5.     Defendant United States of America is a sovereign entity sued pursuant to 28 U.S.C. §§ 2674 and 1346(b)(1), for injury and death caused by the negligent and wrongful acts and omissions of persons and/or entities deemed to be employees and/or agents of the United States of America while acting within the scope of their office or employment.

6.     On information and belief, Yakima Valley Farm Workers Clinic ("YVFWC") is a Washington corporation with its principal place of business in Toppenish, Washington.  YVFWC is, and was at all times

**COMPLAINT** - 2

relevant, an entity receiving federal funds pursuant to 28 U.S.C. § 254(b).  All health care practitioners employed by such entities, including the health care practitioners treating Blanca Gonzalez, and any contractor of such an entity who is a physician or license or certified health care practitioner, are deemed to be employees of the Public Health Service, for purposes of the FTCA.  28 U.S.C. § 233.

### PRESENTATION OF FEDERAL TORT CLAIM

7.    Plaintiff has fully complied with the provisions of 28 U.S.C. § 2875 as follows:

8.    On or about October 6, 2015, Blanca Gonzalez filed a federal tort claim by mailing her claim to the Office of the General Counsel, in Washington, D.C.  See attached **Exhibit 1**.  On November 17, 2015 receipt of the claim was acknowledged by The Office of the General Counsel.  **Exhibit 2**.

9.    On December 27, 2015 Blanca Gonzalez died.  **Exhibit 3**.

10.    Plaintiff Moises Gonzalez, as Personal Representative of the Estate of Blanca Gonzalez, herein filed a federal tort claim on behalf of the statutory beneficiaries by mailing his claim to the Office of the General Counsel, in Washington, D.C on June 15, 2016.  **Exhibit 4**.   By letter dated April 27, 2017, receipt of the claim was acknowledged by the Office of the General Counsel.  **Exhibit 5**.

11.    On August 17, 2017, The Department of Health and Human Services issued a final determination denying the claim.  **Exhibit 6**.  Accordingly, suit in this court is proper pursuant to 45 CFR 35.2(b) and 28 U.S.C. 2675(a).

**COMPLAINT** - 3

**FACTS**

12.    On or about October 21, 2013, Blanca Gonzalez went to Yakima Valley Farm Worker's Clinic in Toppenish, Washington.  She complained of significant rectal pain and discomfort, especially on the right side of her rectum.

13.    Ms. Gonzalez was seen by a physician at YVFWC who had previously seen her on several occasions.  The physician was familiar with Ms. Gonzalez' medical history, including her diagnosis of diabetes mellitus, which he had treated and was continuing to treat at the time of the October 21, 2013 visit.

14.    The YVFWC physician diagnosed hemorrhoids, and a possible early perianal abscess.  He recommended sitz baths, stool softeners, and suppositories.  He prescribed the antibiotic Clindamycin.  Blanca Gonzalez was told that the prescription would be called into the YVFWC pharmacy.  She was told that she should follow up in one month.

15.    On October 23, 2013, she contacted YVFWC because she was feeling ill and feverish with increasing pain.  YVFWC had not called in the prescription and/or the YVFWC pharmacy had not dispensed the antibiotic prescription.  At that time, another YVFWC physician called in the prescription to the YVFWC pharmacy.  Once dispensed, Ms. Gonzalez began taking the medication immediately.

16.    On October 28, 2013, Blanca Gonzalez went to the emergency room at Yakima Memorial Hospital.  Her symptoms included edema and redness in her upper right thigh and genitalia, and reported chills, and fever over the preceding days.  She was diagnosed with severe soft tissue infection and necrotizing fasciitis, Fournier's gangrene, in the area of her upper right thigh, pelvis, and gluteus, along with severe cellulitis.

**COMPLAINT** - 4

17.    Because of the severity of her condition and the need for specialized treatment, Yakima Memorial Hospital had Ms. Gonzalez airlifted to Harborview Medical Center in Seattle.  Upon arrival at Harborview in the evening of October 28, 2013, she was immediately taken into surgery for debridement of the necrotic tissue in the area of her labia, right thigh and gluteus muscles, and admitted to ICU.

18.    Over the next several weeks, she underwent multiple debridement and grafting procedures at Harborview.  These surgeries resulted in the removal of significant portions of her right buttock and leg muscles.

19.    As a result of these injuries, Blanca Gonzalez continued to suffer illnesses and infections, including but not limited to hospitalization for cellulitis in her right inner thigh in 2014.  Because of her medical condition resulting from her treatment for cellulitis and gangrene in October 2013, Blanca Gonzalez was medically unable to undergo the necessary surgical procedures medical procedures to address her diagnosis of Cushing's Syndrome.

20.    In December 2015, Blanca Gonzalez was again admitted to Yakima Valley Memorial Hospital with edema and cellulitis in her thigh, and a diagnosis of septicemia. Ms. Gonzalez died on December 27, 2015.

## NEGLIGENCE AND CAUSATION

21.    The health care providers and treaters at YVFWC owed Ms. Gonzalez a duty to comply with the standard of care for their profession in the State of Washington. This is a duty to exercise the degree of skill, care, and learning expected of a reasonably prudent health care provider in the State of Washington acting in the same or similar circumstances at the time of the care and treatment in question.  Failure to exercise such skill, care or learning

**COMPLAINT** - 5

constitutes a breach of the standard of care, and is negligence.

22.     The health care providers and treaters at YVFWC breached the standard of care, including but not limited to, one or more of the following ways:

a.     Failure to properly treat and prescribe proper medication and follow-up treatment at the time of her initial visit on October 21, 2013. Impaired immunity from diabetes increases the susceptibility to infection, including perianal abscesses and Fournier's Gangrene;

b.     Failure to prescribe the appropriate antibiotics on October 21, 2013, given her condition, medical history and presenting symptoms;

c.     Failure to call in the prescription on October 21, 2013, and/or failure to dispense the prescription on October 21;

d.     Failure to properly treat and prescribe proper medication and follow-up treatment after Ms. Gonzales called in on October 23, 2013.

23.     The injuries to Ms. Gonzalez which she suffered on and after October 21, 2013, and her subsequent death on December 27, 2015, were proximately and probably caused by the negligence of YVFWC, and the health care providers and treaters at YVFWC.

24.     Defendant's negligence proximately caused plaintiff's damages.

## CLAIMS

25.     <u>Medical Negligence</u>.  Defendant, by and through its employees and agents, failed to exercise the degree of care, skill and learning expected of reasonably prudent health care providers in the same profession or class in the State of Washington acting in the same or similar circumstances.  Such conduct proximately caused severe injuries to and the death

**COMPLAINT** - 6

of Blanca Gonzalez.  Such conduct establishes claims under RCW 7.70 and other applicable law.

26.    <u>Corporate Negligence</u>.  Defendant, by and through its employees and agents, is liable for the breach of the independent non-delegable duty owed by a healthcare facility directly to its patient.

27.    <u>Wrongful Death and Survival Claims.</u>    Moises Gonzalez asserts all available survival and wrongful death claims allowed under the law on behalf of the statutory beneficiaries of Blanca Gonzalez, including but not limited to, RCW 4.20.010, 4.20.020, 4.20.046, and 4.20.060.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment against Defendant as follows:

1.    An award of general damages in an amount to be proven at trial;

2.    An award of special damages in an amount to be proven at trial;

3.    All damages permitted under the wrongful death and survival statutes of the State of Washington;

4.    Plaintiff's costs, disbursements and prejudgment interest as allowed by law;

5.    For such other and further relief as the Court deems just.

DATED this 13th day of February, 2018.

LUVERA LAW FIRM

<u>/s/ Andrew Hoyal</u>
ANDREW HOYAL, WSBA #21439
701 Fifth Avenue, Suite 6700
Seattle, WA  98104
Phone:  206/467-6090
Email:  Andy@LuveraLawFirm.com

**COMPLAINT** - 7

LUVERA LAW FIRM
ATTORNEYS AT LAW

6700 COLUMBIA CENTER • 701 FIFTH AVENUE
SEATTLE, WASHINGTON 98104
(206) 467-6090

# Exhibit 1

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency:<br><br>US Dept of Health & Human Svs - Office of the General Counsel<br>General Law Division - Claims & Employment Law Branch<br>330 C Street, SW, Switzer Building, Suite 2600<br>Washington, DC  20201 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)<br><br>Blanca Gonzalez<br>c/o Luvera Law Firm<br>701 Fifth Avenue, Suite 6700<br>Seattle, WA  98104 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>married | 6. DATE AND DAY OF ACCIDENT<br>October 17, 2013 | 7. TIME (A.M. or P.M.)<br>1:30 p.m |
|---|---|---|---|---|

**8. Basis of Claim** *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)*

Claimant brings this claim pursuant to 42 U.S.C. Section 233. Yakima Valley Farm Worker's Clinic ("YVFWC") is a federally qualified health center which can be sued under the FTCA.

On October 17, 2013 Blanca Gonzalez was seen at YVFWC for rectal pain. She was examined and told she had hemorrhoids. On October 28 she went to the emergency room at Yakima Memorial. She was diagnosed with necrotizing fasciitis. On October 28, Blanca was flown to Harborview Medical Center in Seattle. Blanca had several surgeries. In addition to cleaning out infection and undergoing skin grafts, she had part of her right buttock muscle and leg muscle removed. See attached medical records.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*
None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructions on reverse side.)*
None

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See #8.

| 11. | | WITNESSES |
|---|---|---|
| **NAME** | | **ADDRESS** *(Number, street, city, State, and Zip Code)* |
| YVFWC Personnel | | 518 West First Avenue<br>Toppinish, WA  98948 |
| Family members | | Addresses to be provided |

**12.** *(See instructions on reverse)*  AMOUNT OF CLAIM *(In dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| | 15,000,000.00 | | 15,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)*<br>X  *Blanca Gonzalez* | 13b. Phone number of signatory<br>(509) 877-6469 | 14. DATE OF CLAIM<br>9-27-15 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)* | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. *(See 18 U.S.C. 287, 1001.)* |

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

# Exhibit 2

 DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the General Counsel
General Law Division

Claims Office
330 C Street, SW
Switzer Building - Suite 2600
Washington, DC 20201

NOV 17 2015



Luvera Law Firm
701 Fifth Avenue, Suite 6700
Seattle, WA  98104

Re:    Administrative Tort Claim of Blanca Gonzalez - Claim No. 2016-0021

To Whom It May Concern:

This will acknowledge receipt of your client's administrative tort claim which alleges. *inter alia,*
that on October 17, 2013, unspecified personnel and the Yakima Valley Farm Worker's Clinic,
located in Toppinish, WA, negligently diagnosed her with hemorrhoids.  Your client's claim was
received in the Claims Office, Office of the General Counsel, in Washington, DC, on October 13,
2015.

In order to evaluate your client's claim, please provide the following substantiating evidence to this
office, at the address above, as soon as possible:

1.    **Three hard copies or 3 CDs containing any and all private medical records, if any,
       including readable copies of the Yakima Valley Memorial Hospital records**, pertinent to
       your client's allegations and her present condition.

2.    Itemized bills for medical and hospital expenses incurred, or itemized receipts of payment for
       such expenses.

3.    A written report by the attending physician for Blanca Gonzalez setting forth the nature and
       extent of the injury, nature and extent of treatment, and her prognosis.

4.    If the prognosis reveals the necessity for future treatment, a statement of expected duration of
       and expenses for such treatment.

5.    Any other evidence or information which may have a bearing on either the responsibility of
       the United States for the personal injury or the damages claimed.

6.    Evidence of your authority to present a claim on behalf of Blanca Gonzalez.

Page 2

Please reference the assigned claim number on all correspondence forwarded to this office.

**As all mail delivered to federal government buildings is x-rayed/radiated, and is often damaged in the process, please forward the requested evidence via FedEx, UPS, or DHL, to the address above.**

Please be advised that all evidence must be furnished by the claimant within a reasonable time. By operation of 45 CFR 35.4(d), a claimant's failure to furnish evidence necessary to a determination of his or her claim within 3 months after a request for such evidence has been made, may be deemed an abandonment of the claim. Further, a claimant's failure to provide requested evidence during the administrative claim process may result in a finding that his or her administrative remedies have not been exhausted, even if suit is filed more than 6 months after the filing of the administrative claim. **See Swift v. United States**. 614F.2d812 (1st Cir.1980).

Upon completion of the review process, you will be notified of our determination in writing. However, should the 6-month statute expire before the completion of the review process, your client may consider the claim deemed denied and file suit in the appropriate U.S. District Court (45 CFR 35.2(b) and 28 U.S.C. 2675(a)).

Due to the high volume of claims filed with this office, we are unable to provide information pertinent to the status of your client's claim until completion of the review process.

Thank you for your cooperation in this matter.

Yours truly,

Dorothea P. Koehler
Paralegal Specialist

# Exhibit 3

# STATE OF WASHINGTON
## DEPARTMENT OF HEALTH

# CERTIFICATE OF DEATH

**Certificate Number:** 2015-038477     **Local File Number:** 1849     **Date Issued:** 07/08/2016

**Fee Number:** 3907022322

**Given Names:** BLANCA R
**Last Name:** GONZALEZ

**County of Death:** YAKIMA
**Date of Death:** DECEMBER 27, 2015
**Hour of Death:** 05:05 P.M.
**Sex:** FEMALE
**Age:** 61 YEARS
**Social Security Number:**

**Hispanic Origin:** MEXICAN
**Race:** MEXICAN

**Birthdate:**
**Birthplace:** PENJAMU, MEXICO

**Marital Status:** MARRIED
**Spouse:** JAVIER GONZALEZ

**Occupation:** AGRICULTURE
**Industry:** AGRICULTURE
**Education:** 6 YEARS
**US Armed Forces?** NO

**Informant:** MOISES GONZALEZ
**Relationship:** SON
**Address:**

**Place of Death:** HOSPICE FACILITY
**Facility or Address:** COTTAGE IN THE MEADOW
**City, State, Zip:** YAKIMA, WASHINGTON 98908

**Residence Street:** 4840 LATERAL A ROAD
**City, State, Zip:** WAPATO, WASHINGTON 98951
**Inside City Limits?** NO
**County:** YAKIMA
**Tribal Reservation:** YAKAMA NATION
**Length of Time at Residence:** 10 YEARS

**Father/Parent:** J MARCELINO REYES
**Mother/Parent:** ELVIRA RAMIREZ

**Method of Disposition:** CREMATION
**Place of Disposition:** TERRACE HEIGHTS CREMATORY
**City, State:** YAKIMA, WA
**Disposition Date:** JANUARY 04, 2016

**Funeral Facility:** MERRITT FUNERAL HOME INC
**Address:** 218 WEST THIRD ST
**City, State, Zip:** WAPATO WA 98951
**Funeral Director:** ROBERT A. EATON

**Cause of Death:**
A. SEPTICEMIA
   **Interval:** APPROX 1 WEEK
B. CELLULITIS AND PNEUMONIA
   **Interval:** APPROX 1 WEEK
C.
   **Interval:**
D.
   **Interval:**

**Other Conditions Contributing to Death:**
HYPERALDOSTERONISM, TYPE 2 DIABETES, OBSTRUCTIVE SLEEP APNEA

**Date of Injury:**
**Hour of Injury:**
**Injury at Work?**
**Place of Injury:**

**Location of Injury:**

**City, State, Zip:**
**County:**
**Describe How Injury Occurred:**

**Manner of Death:** NATURAL
**Autopsy:** NO
**Available to Complete the Cause of Death?** NOT APPLICABLE
**Did Tobacco Use Contribute to Death?** NO
**Pregnancy Status, if Female:** NOT APPLICABLE

**Certifier Name:** PATRICK R. WABER, MD
**Title:** PHYSICIAN
**Certifier:**
**Address:** 1008 S. 38TH AVE
**City, State, Zip:** YAKIMA WA 98902
**Date Signed:** DECEMBER 29, 2015



**Status of Decedent, if a Transportation Injury:**
NOT APPLICABLE

**Item(s) Amended:** NONE

**Number(s):** NONE
**Date(s):** NONE

**Case Referred to ME/Coroner:** NO
**File Number:** NOT APPLICABLE
**Attending Physician:**
NOT APPLICABLE

**Local Deputy Registrar:**
EDIT MALDONADO
**Date Received:** DECEMBER 30, 2015

PHOTO COPY

QOH 01-003 (1/15)

# Exhibit 4

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| US Dept of Health & Human Svs - Office of the General Counsel General Law Division - Claims & Employment Law Branch 330 C. Street, SW, Switzer Building, Suite 2600 Washington, DC 20201 | Estate of Blanca Gonzalez c/o Personal Representative Moises Gonzalez 4840 Lateral A Road Wapato, WA 98951 |

| 3. TYPE OF EMPLOYMENT MILITARY [X] CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS Married | 6. DATE AND DAY OF ACCIDENT December 27, 2015 | 7. TIME (A.M. or P.M.) |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

See attached.

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
None

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

See attached.

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
| YVFWC Personnel | 518 West First Avenue Toppinish, WA 98948 |
| Family members | Address to be provided |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (In dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | 10,000,000.00 | 10,000,000.00 | 20,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory (509) 952-4704 | 14. DATE OF CLAIM 8.31.16 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109
Previous editions not usable.                    NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85) (EG)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

Pursuant to 42 U.S.C. Section 233, Yakima Valley Farm Workers' Clinic ("YVFWC") is a federally qualified health center which can be sued under the FTCA. Claimant Blanca Gonzalez brought Claim No. 2016-0021 for personal injury, attached. The government has acknowledged receiving the claim on October 13, 2015.

Claimant Blanca Gonzalez died on December 27, 2015 due to injuries related to the claim. Moises Gonzalez has been appointed Personal Representative (PR) of the Estate of Blanca Gonzalez. Under Washington law, only a personal representative may bring an action for wrongful death or survival claims. *Atchison v. Great W. Malting Co.*, 161 Wn.2d 372, 376 (2007); RCW 4.20.010; RCW 4.20.046; RCW 4.20.060.

Moises Gonzalez as PR is filing amended claims to bring wrongful death and survival actions pursuant to RCW 4.20.010, 4.20.020, 4.20.046, and RCW 4.20.060 on behalf of the following statutory beneficiaries of Blanca Gonzalez:

- Moises Gonzalez (adult son of Blanca Gonzalez)
- Rosa Maria Gonzalez (adult daughter of Blanca Gonzalez)
- Javier Gonzalez (husband of Blanca Gonzalez)
- Amfulo Gonzalez (adult son of Blanca Gonzalez)

PR Moises Gonzalez is submitting separate claims for each beneficiary, although the beneficiaries as beneficiaries cannot bring separate actions. This claim on behalf of the Estate of Blanca Gonzalez itself is intended to supplement if necessary, the earlier claims on behalf of individual beneficiaries. As previously claimed, on October 17, 2013 Blanca Gonzalez was seen at YVFWC for rectal pain. She was examined and told she had hemorrhoids. On October 28 she went to the emergency room at Yakima Memorial. She was diagnosed with necrotizing fasciitis. On October 28, Blanca was flown to Harborview Medical Center in Seattle. Blanca had several surgeries. In additional to cleaning out infection and undergoing skin grafts, she had part of her right buttock muscle and leg muscle removed. She had ongoing sepsis and died from related injuries on December 27, 2015.

PR Moises Gonzalez on behalf of beneficiary Moises Gonzalez.

$5 million in Personal Injury
$5 million in Wrongful Death
Total $10 million

# Exhibit 5



DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the General Counsel
General Law Division

Claims Office
330 C Street, SW
Switzer Building - Suite 2600
Washington, DC 20201

APR 2 7 2017

**CERTIFIED–RETURN
RECEIPT REQUESTED**

Luvera Law Firm
701 Fifth Avenue, Suite 6700
Seattle, WA 98104

Re:    Administrative Tort Claims of Moises Gonzalez, Individually, and on Behalf
of Javier Gonzalez, Rosa Maria Gonzalez, and Amfulo Gonzalez
Claim Nos. 2016-0475-0478

To Whom It May Concern:

This will acknowledge receipt of your client's administrative tort claims, in the total amount of
$80,000,000.00, which allege, *inter alia,* that on October 17, 2013, unspecified personnel and
the Yakima Valley Farm Worker's Clinic, located in Toppinish, WA, negligently diagnosed
Blanca Gonzalez with hemorrhoids, resulting in her death on December 27, 2015. Your client's
administrative tort claims were received in the Claims Office, Office of the General Counsel, in
Washington, DC, on June 17, 2016.

Please reference the assigned claim numbers on all correspondence forwarded to this office.

**As all mail delivered to federal government buildings is x-rayed/radiated, and is often damaged
in the process, please forward the requested evidence via FedEx, UPS, or DHL, to the address
above.**

Upon completion of the review process, you will be notified of our determination in writing.
However, should the 6-month statute expire before the completion of the review process, your client
may consider the claims deemed denied and file suit in the appropriate U.S. District Court (45 CFR
35.2(b) and 28 U.S.C. 2675(a)).

Due to the high volume of claims filed with this office, we are unable to provide information
pertinent to the status of your client's claim until completion of the review process.

Page 2

Thank you for your cooperation in this matter.

Yours truly,

Dorothea P. Koehler
Paralegal Specialist

# Exhibit 6

 DEPARTMENT OF HEALTH & HUMAN SERVICES

Office of the General Counsel
General Law Division

Claims Office
330 C Street, SW
Switzer Building - Suite 2600
Washington, DC 20201

AUG 1 7 2017

**CERTIFIED–RETURN
RECEIPT REQUESTED**

Andrew Hoyal, Esquire
Luvera Law Firm
701 Fifth Avenue, Suite 6700
Seattle, WA 98104

Re:  Administrative Tort Claims of Blanca Gonzalez - Claim No. 2016-0021
Administrative Tort Claims of Moises Gonzalez, Individually, and as Personal
Representative of the Estate of Blanca Gonzalez (Deceased) and on Behalf of
Javier Gonzalez, Rosa Maria Gonzalez, and Amfulo Gonzalez
Claim Nos. 2016-0475-0478

Dear Mr. Hoyal:

On October 13, 2015, you presented an **administrative** tort claim, on **behalf** of Blanca Gonzalez,
under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), 2671-2680, alleging
that unspecified personnel and the Yakima Valley Farm Worker's Clinic, located in Toppinish,
Washington, negligently diagnosed her with hemorrhoids. Thereafter, on June 17, 2106, following
the death of Blanca Gonzalez, on December 17, 2015, you presented administrative tort claims on
behalf of Moises Gonzalez, as Personal Representative of the Estate of Blanca Gonzalez,
individually, and on behalf of Javier Gonzalez, Rosa Maria Gonzalez, and Amfulo Gonzalez.

The FTCA authorizes the settlement of any claim of money damages against the United Sates for,
*inter alia*, injury caused by the negligent, or wrongful, act or omission of any employee of the
Federal government while acting within the scope of employment. Under the FTCA, said act or
omission must be such that the United States, if a private person, would be liable to the claimant in
accordance with the law of the place where the act or omission occurred. 28 U.S.C. § 2672.

This letter constitutes the notice of final determination on your client's administrative claims, as
required by 28 U.S.C. §§ 2401(b), 2675(a). Your client's claims are denied.

1.  file a written request with the agency for reconsideration of the final **determination**
    denying the claims within six (6) months from the date of mailing of this
    determination (28 C.F.R. § 14.9); or

Page 2 - Andrew Hoyal, Esquire

2.    file suit against the United States in the appropriate federal district court within six (6) months from the date of mailing of this determination (28 U.S.C. § 2401(b)).

In the event your client requests reconsideration, the agency will review the claims within six (6) months from the date the request is received.  If the reconsidered claims are denied, your client may file suit within six (6) months from the date of mailing of the final determination.

Sincerely yours,

William A. Biglow
Deputy Associate General Counsel
Claims and Employment Law Branch